**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Case No. 1:21-mc-46-BAH |

**NOTICE OF JOINDER**

Pursuant to Rule 20(a)(1) of the Federal Rules of Civil Procedure, Los Angeles Times Communications LLC, publisher of *The Los Angeles Times*, hereby joins the Motion for Access to Video Exhibits in the Capitol Riot Cases (Dkt. 1) in the above-captioned matter.

Dated:  May 4, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Los Angeles Times Communications LLC*