UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for the United States of America in this miscellaneous proceeding.

Dated: February 11, 2025            Respectfully submitted,

                                    /s/ Brian P. Hudak
                                    BRIAN P. HUDAK
                                    Chief, Civil Division
                                    U.S. Attorney's Office
                                    601 D Street, NW
                                    Washington, DC 20530
                                    (202) 252-2549

                                    *Attorney for the United States of America*