UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

### JOINT MOTION FOR AN EXTENSION OF TIME

The parties to this miscellaneous matter respectfully move to extend the Government's deadline to file a response to the Press Coalition's motion to enforce (ECF No. 9) by two weeks—i.e., from February 26, 2025, through an including March 12, 2025. The parties are actively exploring a potential resolution to the issues presented in the Press Coalition's motion and a permanent solution to afford the media with an electronic copy of the video exhibits presented in evidence during criminal trials and sentencings arising from the events of January 6, 2021, along with other Court records related to January 6 that were made available via the USAfx dropbox, and potentially other related access issues. The parties seek this extension to allow those discussions to continue. A proposed order is enclosed herewith.

Respectfully submitted,

| | |
|---|---|
| BALLARD SPAHR LLP | EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| By:    */s/ Charles D. Tobin* <br> CHARLES D. TOBIN (#455593) <br> MAXWELL S. MISHKIN (#1031356) <br> LAUREN RUSSELL (#1697195) <br> 1909 K Street, NW, 12th Floor <br> Washington, DC 20006 <br> (202) 661-2200 <br> tobinc@ballardspahr.com <br> mishkinm@ballardspahr.com <br> russelll@ballarspahr.com | By:    */s/ Brian P. Hudak* <br> BRIAN P. HUDAK <br> Chief, Civil Division <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202) 252-2500 (main) <br><br> *Attorneys for the United States of America* |
| *Counsel for the Press Coalition* | |

Dated: February 26, 2025