UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

**JOINT MOTION FOR AN EXTENSION OF TIME**

The parties to this miscellaneous matter respectfully move to extend the Government's deadline to file a response to the Press Coalition's motion to enforce (ECF No. 9) by two weeks—i.e., from April 30, 2025, through an including May 14, 2025. The Government provided the Press Coalition's counsel a hard drive containing contents of the January 6th-related USAfx dropbox site at issue in this matter. Upon review, the Press Coalition identified certain files that were housed on USAfx but were not found on the hard drive, and its counsel provided a list of those missing files to Government counsel. Government counsel identified those files, and the Press Coalition's counsel has returned the hard drive to Government counsel to download those files onto it. That effort is underway. At the same time, Government counsel are preparing a duplicate hard drive, which the parties intend to move jointly for leave to lodge with the Clerk of the Court to ensure that future interested parties may have access to those files. As the parties are actively exploring a potential resolution to the issues presented in the Press Coalition's pending motion, the parties seek this extension to allow those discussions to continue. A proposed order is enclosed herewith.

\* \* \*

- 2 -

Respectfully submitted,

| | |
|---|---|
| BALLARD SPAHR LLP | EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| By: _____/s/ Charles D. Tobin_____<br>CHARLES D. TOBIN (#455593)<br>MAXWELL S. MISHKIN (#1031356)<br>LAUREN RUSSELL (#1697195)<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006<br>(202) 661-2200<br>tobinc@ballardspahr.com<br>mishkinm@ballardspahr.com<br>russelll@ballarspahr.com | By: _____/s/ Brian P. Hudak_____<br>BRIAN P. HUDAK<br>Chief, Civil Division<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2500 (main)<br><br>*Attorneys for the United States of America* |
| *Counsel for the Press Coalition* | |

Dated: April 30, 2025