UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

## JOINT NOTICE OF WITHDRAWAL

The parties respectfully submit this notice. In light of the government providing movants a hard drive containing contents of the January 6th-related USAfx dropbox site at issue in this matter, movants respectfully withdraw their motion to enforce (ECF No. 9).

Respectfully submitted,

BALLARD SPAHR LLP

By: _____/s/ Charles D. Tobin_____
CHARLES D. TOBIN (#455593)
MAXWELL S. MISHKIN (#1031356)
LAUREN RUSSELL (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 661-2200
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Coalition*

JEANINE FRANCIS PIRRO
United States Attorney

By: _____/s/ Brian P. Hudak_____
BRIAN P. HUDAK
Chief, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*

Dated: May 14, 2025