UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

**JOINT MOTION TO LODGE JANUARY 6 EVIDENCE
WITH THE CLERK OF THE COURT**

The parties to this miscellaneous matter respectfully move for leave to lodge with the Clerk of the Court a hard drive containing contents of the January 6th-related USAfx dropbox site at issue in this matter. Specifically, the parties request leave for the Government to arrange delivery of that hard drive to the Clerk's office for long term storage in the case file of this matter. Doing so will preserve the records at issue in this matter for the public's viewing by accessing those materials from the Clerk of the Court.

The parties anticipate that after the hard drive is lodged with the Clerk of the Court, the parties will jointly request that the Court extinguish its Minute Order of February 12, 2025, including the directive for the Government to maintain the contents of the January 6th-related USAfx dropbox site.

A proposed order is enclosed herewith.

\*    \*    \*

Respectfully submitted,

BALLARD SPAHR LLP

By: _____ /s/ Charles D. Tobin _____
    CHARLES D. TOBIN (#455593)
    MAXWELL S. MISHKIN (#1031356)
    LAUREN RUSSELL (#1697195)
    1909 K Street, NW, 12th Floor
    Washington, DC 20006
    (202) 661-2200
    tobinc@ballardspahr.com
    mishkinm@ballardspahr.com
    russelll@ballarspahr.com

*Counsel for the Press Coalition*

JEANINE FRANCIS PIRRO
United States Attorney


By: _____ /s/ Brian P. Hudak _____
    BRIAN P. HUDAK
    Chief, Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2500 (main)

*Attorneys for the United States of America*

Dated: May 14, 2025