UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

## ~~PROPOSED~~ ORDER

UPON CONSIDERATION of the parties' joint motion to lodge and extinguish court order, and the entire record herein, it is hereby

ORDERED that the parties' joint motion is GRANTED;

ORDERED that the government shall (1) within thirty days of this Order lodge with the Clerk of the Court a hard drive containing contents of the January 6th-related USAfx dropbox site at issue in this matter, and (2) file a notice of lodging in this matter after it does so; and it is further

ORDERED that the Clerk of the Court is directed to receive such a hard drive and file it with the records pertaining to this case in a manner that will permit the public to access the hard drive by visiting the Clerk's office.

SO ORDERED:

_5/15/25_
Dated

_/s/ James E. Boasberg_
JAMES E. BOASBERG
Chief United States District Judge