UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

## NOTICE OF LODGING

Pursuant to the Court's Order of May 15, 2025 (ECF No. 18), the United States respectfully provides notice that on May 22, 2025, undersigned counsel lodged with the Clerk of the Court a hard drive containing the contents of the January 6th-related USAfx dropbox site at issue in this matter.

Dated: June 16, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ Brian P. Hudak_____
BRIAN P. HUDAK, D.C. Bar #90034769
Chief, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2549

*Attorneys for the United States of America*