UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: PRESS AND PUBLIC ACCESS TO VIDEO EXHIBITS IN THE CAPITOL RIOT CASES | Misc. No. 21-0046 (JEB) |

## JOINT MOTION TO DISSOLVE

The parties to this miscellaneous matter respectfully move to dissolve the Court's Minute Order of February 12, 2025, wherein it directed the United States not to remove any videos or court records related to January 6 from the USAfx profile at issue in this case until further order of the Court. The United States has now provided the contents of that USAfx profile to counsel for the Press Coalition and lodged a copy of the same with the Clerk of the Court. Accordingly, the parties agree that the Court should lift its preservation directive.

Respectfully submitted,

BALLARD SPAHR LLP

By: _____/s/ Charles D. Tobin_____
CHARLES D. TOBIN (#455593)
MAXWELL S. MISHKIN (#1031356)
LAUREN RUSSELL (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 661-2200
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Coalition*

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ Brian P. Hudak_____
BRIAN P. HUDAK, D.C. Bar #90034769
Chief, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*

Dated: June 24, 2025